1  ORIGINAL

FILED
CLERK

## Pursuant to Federal Rule Criminal and Civil Procedure

## With Regard to Matters of Civil and Criminal

2015 NOV 12 PM 4: 44

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

..............................................................................x

C Martin El / Co Petitioner: AME

# CV 15-6581 

Friday, November 06, 2015

vs.

Complaint

COGAN, J.
JURY TRAIL

John Doe Other

Officer Accomplice

Norris of Citifield: and the 110th Precinct

..............................................................................x

Pursuant to FRCCP, in compliance with Federal Rule and Civil and Criminal Procedure,

Please be advised, In this **Legal Notice, for the Preservation of All Constitutional Secured Immunities and Inalienable Rights**

With regard to the following (Criminal and Civil Complaints) in reference to Arrest **Q15657393,**
Pertaining to LAW Accountable Officers, **(Petitioner and Defendant in above Caption)** with regard to,
Unlawful:

- **Abuse of power**
- **Excessive Force**
- **Unlawful Search and Seizure**
- **Unlawful Imprisonment**
- **Harassment Physical and Verbal Abuse**
- **unlawful Theft of property,**
- **Corruption**
- **Refusal to abide by (STATE and Federal Constitution)**
- **by Departmental Procedure**
- **unlawful arrest**

STATE OF NEW YORK
COUNTY OF QUEENS
SWORN TO BEFORE THIS

FRANZ POPPE
Notary Public - State of New York
NO. 01PO4683438
Qualified in Queens County
My Commission Expires May 31, 2019

- **Physical and Verbal abuse,**
- **persistent and continuous harassment**
- **Violation of Oath bound Obligations, and duties**

Dear sir madam, of the Federal court, please be advised, of the following events accruing on

The evening of **October 31st**, 2015, (Court Dismissal on **November 1st: (Pertaining to Arrest #Q156573493)** These events occurring, near citified, Home of the New York Mets, in Flushing, New York.  This is an Affidavit or Notice to the Court of my Announcement to **(FILE CRIMINAL and CIVIL Complaint) (against the Parties in the above Caption-ALL OF THE NAMES NOT KNOWN)** on Grounds listed in the Following Acts, Involving the (parties in above Caption), employed by Citifield and the 110th precinct.

Please take Notice of these actions occurring on, and prior to, the night of October 31st, and November 1st, 2015:(Arrest # **Q15657393**) As well as other matters occurring many years prior to this date, Initiated  by the (SAME SUBJECTS) listed in (above caption), On The Petitioner over a PROTRACTED number of years.

The following activities have been occurring over a (protracted number of years, and resulted in numerous and repeated arrest, by the same subjects, (over and over) on (City streets) within the confines of (Private property-Transit Authority) Occurring over and over for a protracted number of years, by the same officers, With most of these matters (25.11 Arts and Cultural Affairs, a Violation, Not a Crime) being dismissed.

I was approached by the (officer in the caption) who told me, quote: PUT MY HANDS BEHIND MY BACK, as I was talking to this friend. The following activities occurred when the officer, Norris, took me inside the holding in Citifield, during Game 4, of the 2015 World Series. Between the New York Mets and the Kansas City Royals.

During the night of this Incident, (**Preceding the Arrest, and Subsequent detainment in the (Holding Cell at Citifield)** here's what occurred:


PLAINTIFF: AFFIDAVIT OF FACT:  **MY STATEMENT PERTAINING TO MATTER:** ARREST **#Q15657393**


Our Reason (s) for Filing this Law Suit

The Officer in **(Above Caption -Norris, Shield# Unknown: Wouldn't disclose it)**The Officer Tried to use the Tragedy **of 'Murdered Police Officer Holder,'**

**(To Provoke Me into 'Retaliating' as a Response, to his Verbal and Physical Abuse) The reason how I knew this, (it was all over the Television, The murder of Police Officer Holder-Condolences to his Family and All good Police) The prisoner from Boston, and myself had just witnessed the physical beating of a prisoner in another room, who was screaming frantically, and pleading for the officers not to strike him anymore, (this physical beating went on for about 12 minutes) until We didn't Hear the detainees voice any more...**

**(Please inquire about these Events, Occurring on OCTOBER 31st, Game 4, between The New York Mets and the Kansas City Royals on Halloween Night at Citified, check arrest Log)**

**Please Note: It was another prisoner they escorted out of the baseball game, for taking pictures at batting practice, (this wasn't the guy they beat, and he went to the hospital also, for a foot problem)**

**Three different officers, kept coming in the back, to get gloves, where me, and another prisoner from Boston was in the cell, Going back into the other room, to resume their physical attacks upon the prisoner, while the desk Sargent and several others, engaged in laughter...**

(Condolences to his Families, of **Officer Holder, Wuajan Lu,** and others, as well as to **Innocent victims of Police misconduct)**I Had Better Sense Then This, to let them deceive me, into retaliation Sir / madam

Especially since we had just witness the officers beat a guy for almost 12 minutes, The officers came in the back, in the cell area where we were to retrieve gloves, then proceeded to beat this prisoner, while the desk sergeant and several other officers were laughing, I didn't want to be in talking when the arresting officer, told me to Quote:

"Shut the Fuck Up

To 'Provoke me, **Into Retaliating against him**,' by using **(Verbal Abuse), threatening to find more serious charges against me: For Example: When I ask the officer Why he keep singling me out at these major events, (In My own Zip code Community) The officer told to, "Shut the Fuck Up, Waving his finger in my face. Please note: the same**

- **Arrested me on July 14th, approximately, at the2013 ALLSTAR GAME**

Confiscated All-star Tickets for (<u>Frivolous Intentions</u>) and confiscation of Cash, WITHOUT POROPER DOCUMENTATION, Indicating that this Property was even removed from prisoner) Without a Voucher for either SAFE KEEPING or EVIDENCE, this law 25:11 ARTS and CULTURAL AFFAIRS, states on the Back, that this is not a criminal offense, AND NO JAIL TIME SHALL BE SERVED

- At the 2015 US OPEN Confiscated Cash and US OPEN Tickets, (Without Issuing a Voucher for Cash or Property) which is Normal Procedure
- The 2015 WORLD SERIES again, Going right into my Pockets and other Personal Areas, Removing cash, and other Property, Without Issuing a Receipt

As I mentioned, this is where I live, this National Landmark park, Flushing Meadow Park, is in my Community, I have never committed harm to Anyone's person, property,

- I attended the 1969 World Series as a 10 year old, with my Father:
- I remember Author Ash and Althea Gibson, making history at the 1964 US OPEN
- I remember the 1964 Worlds fare as a Kid, before this Police officer was born

I have never been barred from this National Landmark Park, Flushing Meadow, for any reason sir / madam:

WHO IS THIS OFFICER, TO COME AND TELL ME, THAT I ARRESTED AS A TRESPASSOER, FOR ENJOYING VENUE, WHICH HAS SERVED AS A GREAT SOURCE OF CULTURAL ENRICHMENT FOR ME AND MY PROGENY?

The reasoned how I knew this officers Intention, Because this was the Primary story in the Mainstream News, (The Murder of Police Officer Holder) The officer was Constantly using **Physical,Verbal** and **Excessive Force,** on my person;

PHYSICALLY, By Applying Intense Pressure on the Handcuffs

That left **<u>Cuts on my Right Index Finger,</u>**

**WHO IS THIS OFFICER, TO COME AND TELL ME, THAT I ARRESTED AS A TRESPASSOER, FOR ENJOYING VENUE, WHICH HAS SERVED AS A GREAT SOURCE OF CULTURAL ENRICHMENT FOR ME AND MY PROGENY?**

The reasoned how I knew this officers Intention, Because this was the Primary story in the Mainstream News, (The Murder of Police Officer Holder) The officer was Constantly using **Physical, Verbal** and **Excessive Force,** on my person;

PHYSICALLY, By Applying Intense Pressure on the Handcuffs

That left **Cuts on my Right Index Finger,**



VERBALLY: When I ask the officer, Why he keep Singling me out for Arrest, (This officer accounts for all the arrest that I ever hand in the last Five years, in Queens, Being Constantly harass:

Have had people tell me, that this officer going around in my Community trying to dig up personal things about me, The reason for filing this (Criminal and Civil complaint) I am afraid for my life and Safety, and my families...

BY REPENTEDLY TELLING ME TO SHUT THE FUCK UP,

WHEN I INQUIRED ABOUT A VOUCHER FOR MY

PROPERTY (WORLD SERIES TICKETS, and CASH



VERBALLY: When I ask the officer, Why he keep Singling me out for Arrest, (This officer accounts for all the arrest that I ever hand in the last Five years, in Queens, Being Constantly hara_s:

Have had people tell me, that this officer going around in my Community trying to dig up personal things about me, The reason for filing this (Criminal and Civil complaint) I am afraid for my life and Safety, and my families...

BY REPENTEDLY TELLINGME TO SHUT THEFUCK UP,

WHEN IINQUIRED ABOUT AVOUCHER FOR MY

PROPERTY (WORLD SERIES TICKETS, and CASH

PROPERTY, AND A VOCHER, FOR THE PROPERTY OF **ANOTHER PRISONER FROM BOSTON**: **$2,200 and 10 WORLD SERIES TICKETS,Which the Officers Refuse to, Give Us:**


(I NEVER SEEN MY PROPERTY AGAIN, I told the Officer

To verify my tickets,

(T_at i purchased, from the METS CITIFIELD BOXOFFICE)

His copartner, told me, that I was Pissing him off, while he kept telling me Shut the Fuck up,

This was after the fact of them physically

Beating another guy

In the next room,

And the Excessive, as i mentioned, When i kept

Asking for Voucher for

My property, which the officer refuse to give me,

Also the officer was angry at the fact

That i told the other

Prisoner from Boston

That he was within his right, to get a Voucher for his Cash Property of ($2,200, hundred dollars, and 10 World Series Tickets,

(Which the Officers refuse to give him and Me, a Voucher for Our Property)

This about the Tenth Incident of the (SAME OFFICER TAKING CASH

OTHER PROPERTY OFF

MY PERSON, 2015 US OPEN, (ON NUMEROUS OCCASIONS) 2013 ALLSTAR GAME AT CITIFIELD,

2015 WORLD SERIES,

This officer (s) and some of his Accomplices have harassed me terrorized me for many years, I have suffered many acts of discrimination, due to, I think, the constant

- Defamation of my Character
- Unlawful Search and Seizure
- Defamation of Character

For the **Psychological, Physical, Emotional and Mental Injuries and harm** that this officer has caused me, and my family, which also include:

- Isolation from Family Members
- Children
- Elderly Mother
- Suffering Acts of Discrimination

As a Result of the

- Defamation of Character
- Cruel and Unusual Punishment
- Physical Psychological and Emotional Injuries
- Severe Damage to my Reputation to be a Productive Member of American Society

INVOLVED IN ACTIVITIES IN THE COMMUNITY

HELP WITH LITERACY OF YOUNG PEOPLE (INSIGHT ON PETITIONERS CHARACTER)

THE FOLLOWING IS PASSAGES FROM PETITIONERS PUBLISHED LITERATURE)


The aim of this book – is to enlighten, enrich, entertain, educate, amuse, and present a challenge - to the reader - to gain more cultural, intellectual, spiritual awareness.  Achieve health and wealth of mind, body and soul, inspire prosperity and economic success. My primary objective is that readers receive something from this work – that is culturally, psychologically and economically beneficial to your health and wellbeing.

I JUST LIKE THE COURTS TO KNOW, THAT THIS IS WHAT I TRY TO REPRESENT IN MY CHARACTER

HOWEVER, I HAVE BEEN (CONSTANTLY DEFAMED BY THE SUBJECTS IN ABOVE CAPTION, **USTA,CITIFIELD, And Certain officials of the NYPD**

**MISPEPRESENTING THE OATHS THAT THEY HAVE TAKEN**

SO: i am respectfully the Criminal Prosecution of the Subjects in Above Caption:

And PUNITIVE DAMAGES in the Amount of $15 Million Dollars

I am respectfully requesting Punitive Damages in the amount of $15 Million Dollars

And Criminal Charges, for Many years of False Arrest, Depriving my Siblings of a Father in the Home, Est.

- **Deception,** Using another Officers tragedy Police Officer Holder, (As cover) to Inflict harm on arrest subject, Me...
- Constant Harassment
- Defamation of Character
- Unlawful Search Seizure
- Excessive Force
- Verbal Abuse
- Assault
- False Imprisonment
- Threats of Retaliation
- Illegal Surveillance

Respectfully

Carl El; Co Petitioner AME

97-15 Horace Harding Expway 5j

Flushing, New York

11368

347-981-2712

USTA
Flushing Meadow
Corona Park, Flushing,
New York 11368
~~USTA Gillevea~~

Citifield
123-01 Roosevelt Ave.
~~New York,~~ Queens, N.Y
11368

110th precinct
9441 43rd Ave
Flushing, New York
11373