# *Judge Roanne L. Mann*




**UNITED STATES DISTRICT COURT**



**EASTERN DISTRICT OF NEW YORK**

**Pursuant to State and Federal Rule Criminal and Civil Procedure**

**With Regard to Matters of Civil and Criminal**

.........................................................................................................x

**C Martin El / Co Petitioner: AME et al**

**15 Cv6581**

**Monday, January, 29th 2015**

Vs.

**TRAIL BY JURY**

**Norris Cardoza of Citified, USTA, and OTHER PARTIES, NAMES UNKNOWN**

.........................................................................................................................x

Pursuant to FRCCP, in compliance with State and Federal Rule and Civil and Criminal Procedure,

Please be advised, in this Legal Notice, for the ***Preservation of All Inalienable Rights and Constitutional Secured Immunities*** With regard to the following ( Complaints) in reference to **Arrest Q15657393,** Pertaining to LAW Accountable Officers, (Plaintiff and Defendant in above Caption) with reference to

- **Assaults and Violations on Plaintiffs CONSTITIONAL RIGHTS and other Civil Liberties SECTION 18: USC § 241:**
- **IN VIOLATION OF PLAINTIFF FIRST AMENDMENT CIVIL LIBERTIES**
- **Also Violations on Plaintiffs 4TH Amendment Civil liberties**

**- Illegal Search and Seizure**

- **Violation on Plaintiffs Civil Liberties with Reference to the Civil Rights Act of 1964**

**Defendants Refusal and Reluctance to abide by**

- **Departmental Procedure**

Please be advised, that 'Plaintiff has Identified' ***Witness From Boston Mass,*** who was also ***Apprehended,*** Arrested on the Evening of **October 31st, 2015** in **My (INITIAL COMPLAINT) Dated November 12th, 2015** has come forward...

**Dear Judge Roanne L. Mann, It is with full Respect of your Legal Experience, Expertise, and other Accomplishments, as United States District Judge, that I greet you.**

**However, With regard to Issues of Due Process, Fair, and Impartial Protection; Plaintiff asserts that he has been deprived of his Constitutional, Civil, and Other Due Process Rights, As explained in the Following Example of this 'Legal Notice, Affidavit of Fact. Please Let the Public Record Show.**

**The recent Order by Judge R Mann on December 30th, 2015, with regard to a Demand, (Not a Request, by the Defendant, SEE CAPTION BELOW)in Reference to a Notice dated December 18th, 2015: Judge Mann has acknowledge the era of the Court in this order, (MAIL FLOWING VERY SLOW DURING THE CHRISTMAS HOLIDAY SEASON)**

**However, Judge R Mann has <u>'Decline to Modify'</u> or Has Declined to 'Correct this Defect, or Violations on Plaintiffs, Due Process, Constitutional and Civil Protections, Preserving Plaintiffs Constitutional Rights**

**AS A CONSTITUTIONAL LAW ABIDING CITIZEN:** 'Having never **Committed Harm, Injury or other, to any Individuals Person or Property. Sir with regard to Issues of Due Process, Fairness, and Impartiality...**

**Judge Mann, I am sending this notice to Address Issues of Fairness and Impartiality.**

**Pursuant to 18 USC § 241 Material Evidence, that plaintiff asserts, was not being Properly Weighed, or Examined for the Public Record.**

**I am humbly and respectfully requesting, an impartial jury of my peers, and a full Examination of all Evidence Presented BY PLAINTIFF, Via Request for discovery, Statements made, Motions presented, to be examined by another judge...**

**Based on defective actions that have been ordered on this current case (CV6581) and also, based on statements that I have submitted to the court, with regard defendant seeking to Conceal Evidence, via OFF THE CUFF THREATS ON PLAINTIFF, Placing plaintiff in situations of being coerceunder duress, based on statements**



**In the following**

**Dear JUDGE: Please take Notice,** I am sending this Notice to inform the court of my Request to reverse the orders of Judge Mann, December 30th 2015, based on the following reasons

**Plaintiff 'disagree with the orders of Judge Mann, on December 30th docket 15 CV 6581: Based on the Following Grounds**

**Assaults and Violations on Plaintiffs CONSTITUTIONAL RIGHTS and other Civil Liberties SECTION 18: USC § 241:**

**Plaintiff submit this** Legal Notice for the Preservation of All Inalienable Rights and Constitutional Secured Immunities

**Please be Advised,** The defendant's arguments have no legal base, or foundation. Defendants Arguments are based on personal attacks upon Plaintiffs Character, We realize, this is a test, of good character, Plaintiffs would be more than thrilled, to place his Character on display, In Comparison to Defendants.

We are simply calling the Federal Officials, to the Conduct of Defendant, and his council, this has been the primary problem, Defendant Assuming, that he Knows the Plaintiff, this is what he said in criminal court? As I mentioned, in my opening statements, Dated November 12th, 2015, Legal Notice, Affidavit, with reference with our long history with, (FLUSHING MEADOW PARK) The beauty of **The United States of America,** Those who had the Courage, to understand, *(That* the Freedom to Express one's opinions, what one believed, or say, is a Fundamental principle, in the Interest of Self Preservation, and the pursuit of happiness.

Dear hon. magistrate, I have witnessed, in defendants character, (A CARELESS DEMEANOR, WITH REGARD TO THE LAW, THAT HE HAS SWORN, TO PROTECT) THE FOLLOWING STATEMENT HAS A LOT TO DO WITH DEFENDANT, BEHAVING AS IF, **HE IS SUPERIOR TO ANY CIVILIAN,** HIS CONSISTANT HARASSMENT OF PLAINTIFF, THE DEFENDANT IS RE-ACTING, UPON SOME FALSE MENTAL, EMOTIONAL CONCEPT, IN HIS JUDGEMENT, OF PLAINTIFFS, CHARACTER...

DEFENDANT IS ACTING ON FALSE RUMORS OF PLAINTIFF: FOR THE PUBLIC RECORD: **THE PLAINTIFF, A 20 year MARRIED FATHER OF FOUR Siblings, 2 GROWN, A PROLIFIC WRITER:**

All raised by me, and My Wife again to the Defendant, of 20 years...

**Defendant Makes it appear as if, I am a Carrier of some deadly germ; AND QUIT HONESTLY THIS IS VERY INSULTING TO ME Mam, FOR POLICE OFFICER TO BE BEHAVING LIKE THIS: WHATS GOING TO HAPPEN TO OUR CHILDREN, IF YOU HAVE DARAGED PEOPLE, THAT I SWORN TO PROTECT AND SERVE: (WITH NO REGARD FOR THAT, IN WHICH HE SUPPOSED TO BE PROTECTING: THE CORPORATION *LAWYER*, NEED MY HEALTH INFORMATION, TO NEEDLE PICK: FIND SOMETHING IN MY CHARACTER, TO PUT ON PUBLIC DISPLAY (WHICH IS A RACIST HATEFUL, MALICIOUS,STEREO TYPICAL, BY DEFENDANT AND HIS COUNCIL) THIS IS A TYPICAL EXAMPLE OF HOW THIS SO CALLED POLICE OFFICER,**

**THREATENING CIVILIANS, BY THE ARTIFICIAL COURAGE, (OF USING HIS FIREARM AND BADGE, AS AN OBJECT OF INTIMADATION TO CREATE FEAR; IN HIS CIVILIAN) HIDING BEHIND THE GREAT SACRIFICES OF SLAIN OFFICERS LIKE (WAIGIN LUI, AND OFFICER HOLDER-WHO WISH CONDOLECES TO THE LUI AND HOLDER FAMILY: AND ALL INNOCENT VICTIMS OF VIOLENCE FROM PUBLIC SERVENTS: USING THE BADGE FOR PERSONAL GAIN, PRETENSE, VERBAL PHYSICAL ABUSE, FASLE IMPRISONMENT: AND THE LIST GOES ON:**

**YOUR HONOR, IMAGINE a So Called Man, A Police Officer, Who Carries a FIREARM, THREATENING A CIVILIAN, IF HE UTTERS ONE WORD,WHILE RUMBLING THROUGH ONE'S PERSONAL AREAS**

**(ISINT THIS CALLED ARMED ROBBERY WHEN CIVILIANS CONDUCT THEMSELVES IN THIS TYPE OF MANNER SIR)?**

**AUTHOR, SELF PUBLISHER, WOULD GLADLY PUT MYCONDUCT, UP AGAINST THE FOWL, CRIMINAL BEHAVIOR OF DEFENDANT. (NO DISREPECT TO IMMIGRANTS) DEFENDANT WHO PROBABLY JUST ARRIVED IN THE UNITED STATES, (REAPING THE BENEFITS OF THE STRUGGLES OF AFRICAN INDIGENOUS PEOPLE, SURE WE WERE ENSLAVED, BUT WE AERE ALSO INDIGENOUS PEOPLE) I HAVE NEVER CAUSED HARM TO ANY ONES PERSON OR PROPERTY: (THIS DEFENDAT HAS DONE THIS IN THE NAME OF THE LAW)**

**THIS IS WHY I AM RESPECTFULLY REQUESTING THAT DEFENDAT BE PROSECUTED TO THE FULLEST EXTENT THAT THE LAW WILL ALLOW; FOR BETRAYING THOSE OF THE PEOPLE, FOR WHOM DEFENDANT WAS SWORN TO PROTECT AND SERVE**

HERE'S A So-called Police Officer, (I SAY THIS, WITH ALL DO RESPECT, ) that the Asian Population, here in the (UNITED STATES OF AMERICA), has benefited tremendously, from the STRUGGLES and Achievements From People of African Descent in the United States...DEFENDANT HAS COMTEMP FOR PEOPLE OF AFRICAN DESCENT, FEELS THAT HE'S ABOVE ANY PERSON OF AFERICAN DESCENT...

PLAINTIFF ASSERTS TO THE HON JUDGE MANN That just based on what you heard with reference to *Baseless statements from* Defendant, And Statements of Plaintiffs, STANDING ON THE MANY PRINCIPALS OF THE CONSTITUTION OF THE UNITED STATES.

PLAINTIFF REQUEST THAT YOU AWARD PUNITAIVE DAMAGES, FOR THE SUM OF $15 MILLION DOLLARS, 0 ZERO CENTS: AND INJUNCTIVE RELIEF: THE EXPUNDGEMENT OR VOID OF ALL ARREST RESULTING IN DEFENDANTS UNLAWFUL BEHAVIOR: VIOLATION OF DEFENDANTS OATH BOUND DUTIES: TO PROTECT THE CONSTITUTION OF THE STATE OF NEW YORK: AND THE UNITED STATES OF AMERICAN: THE DEFENDANT FAILED TO DO THIS: THIS DEFENDSANT BETRAYED HIS OATH: BY ABUSING HIS POSITION AS A POLICE OFFICER: **PLAINTIFF REQUEST INDICTMENT PRECEEDINGS FOR OFFICER NORRIS CARDOZA; BASED ON THE EVIDENCE AND DEFENDANTS OWN STATEMENTS, WHICH ARE BASED ON NOTHING BUT PERSONAL ATTACKS ON PLAINTIFFS CHARACTER: BASED ON THE FOLLOWING STATEMENTS, AND THOSE MADE THUS FAR, IS WHERE WE MAKE OUR/MY, REQUEST FOR PUNITIVE DAMAGES: AND THE FULL PROSECTION OF THIS OFFICER: THE VOIDANCE OF ALL ARREST: (AND HIS ACCOMPLICE HAS MADE ON DEFENDANT)**

**PLEASE BE ADVISED, THAT PLAINTIFF WAS THREATENED FOR ASKING FOR INFORMATION OF OTHER PARTIES INVOLVED IN THIS SUIT.**

**PLEASE SEE BELOW, OUR FINANCIAL REASONS FOR FILING THIS SUIT:**

LITTLE HISTORY LESSON FOR DEFENDANT:

## HERE'S SOME DETRIMENTAL FINANCIAL SOCIAL AND OTHER AFFECTS OF DEFENDSNTS ACTIONS:

- **ADRUPT HOLT TO PLAINTIFF ECONOMIC PROGRESS:**
- **NEGATIVE CHANGEIN PLAINTIFFRELATIONSHIPS,WITH WIFE, AND SIBLINGS/Children**
- **Isolation between Immediate Family members, Some elderly**
- **Assaults on Friendships, that Span Over 50 Years,**

These Defendants Deliberately Seek to Mount ASSAULT, On Plaintiff Personal INTIMATE Life:

- BY SPREADING FALSE RUMORS, AND OTHER SMEAR COMPAIGNS OF FALSE MALICIOUS INFORMATION, ANDBRUTAL, CRIMINAL DEFAMATION OF CHARACTER, MOSTLY ABOUT FALSE DISCRIOTION OF PLAINTIFF CHARACTER

PLAINTIFF HAPPILY MARRIED

- WITH INTENT TO CAUSING PSYCHOLOGICAL, PHYSICAL, EMOTIONAL HARM INJURY
- MAKING PLAINTIFF A SOCIAL OUTCAST
- RUIN LIFE LONG RELATIONSHIPS,

- (WHY PLAINTIFF REFUSE TO PLACE PERSONAL INFORMATION IN THE POSSESION OF DEFENDANT)
- Direct Assault on Chances to Benefit from the opportunity In society Friendships,
- That create financial opportunity
- Defendants Actions threatened Every friendship,
- Every Economic Opportunity
- The Joy of My Relations with My Children,

PLAINTIFFS CHARACTER IS COMPLETELY OPPOSIT OF WHAT DEFENDANT HAS DISCRIBED



**Defendant has Ruin Relations, and Close Family ties, with Extended, and Immediate family**

All by Defendants Unlawful Action

Negatively Impacted my Whole Life, and That of My Children,

FINANCIAL OPPORTUNITIES, GOOD MENTORS, BELIEVING LIES OF DEFENDANT: THE POWER OF THE UNIFORM; THE DISHONOR OF THE UNIFORM

## FACTS ABOUT PLANTIFFS CHARACTEROPPOSE TO THE MANY LIES OF DEFENDANT

### PLAINTIFF PUBLIC SERVICE FOR LITERACY FOR THE YOUTH OF AMERICA: PLAINTIFF SELF PUBLISHED WORKS: WRITER: ADVOCATE FOR EDUCATION



**Plaintiff poses question to the district court, (WITH REGARD TO THE CONSTITUTION, AS IT RELATE TO PLAINTIFF EXPERIENCE WITH DEFENDANT: AGENTS) RESULTING IN PLAINTIFF CRUEL EXPERIENCE OF BEING CONFINED TO THE PSYCH WARD OF A CORRECTIONAL INSTITUTION**

**QUESTION: Can a Constitutional Right, Be Converted into a Criminal Offense?**

**PLAINTIFF WAS CONFINED TO THE DEPARTMENT OF CORRECTION FOR PSYCHOLOGICAL EVALVATION FOR AN UNDISCLOSED AMOUNT OF TIME FOR, MAKING A COMMENT TO PROSECUTOR, THAT HE WAS THE PROSECUTOR,**

**(WAS PERSECUTING PLAINTIFF, NOT PROSECUTING HIM)AND TRYING TO ENTER STATEMENT INTO THE PUBLIC RECORD**

**FOR THESE FIRST AMENMENT ACTIONS EXPRESSED BY PLAINTIFF: PLAINTIFF WAS CONFINED TO AN UNDISCLOSED AMOUNT OF TIME ON RIKERS ISLAND FOR (PSYCHOLOGICAL EVALUATION :) MY DEFENSE WAS, NOT ONLY IS PLAINTIFF A SELF PUBLISHED AUTHOR:**

**EXAMPLE OF AUTHORITY MR CORPORATE COUNCILOR**

Each time Plaintiff I tried to Informed the Courts of these DEFENDANTS Unlawful Activity, Plaintiff was threatened with Contempt of Court for Simply making a Lawful Rational Statement and attempting to Enter Evidence in the Public Record

WITH EVERY FALSE ARREST RESULTING IN BOGUS CRIMINAL RECORD

PLAINTIFFS: MOVE TO PLACE ON THE PUBLIC RECORD ALL UNLAWFUL CONVICTIONS OVER TURNEED, AND THE RECLAIMING OF HIS GOOD NAME

Plaintiff With Every Illegal Arrest Resulting in a So called, (Criminal Record -WHICH IN REALITY, WAS A DEFAMATION OF MY CHARACTER) Make a Respectfully am making a Lawful Request, to VOID THESE ARREST, By Defendant, Employers, City of New York, With Each one being a Direct Assault on Plaintiff Constitutional Civil Liberties,

(WITH THE COURTS, WORKING IN COOPERATION WITH THE UNLAWFUL ACTIVITY OF DEFENDANTS, USTA, CITIFIELD, CITY OF NEW YORK, DEPARTMENT OF MOTOR VEHICLE: AND MANY MORE STATE AGENGECIES: DECIEVING, and Publicly Defaming, Assassination of Plaintiffs Character, THE NEGATIVE HARMFUL AFFECTS ON PLAINTIFFS CHILDREN, STAGNATION OF PLAINTIFFS FINANCIAL PROGRESS: LOST OF LIFE LONG FRIENDS: So on...

# CREATING A SYSTEMATIC UNLAWFUL ENVIRONMENT TRANSCENDING MANY STATE AGENCIES

**PLAINTIFF REQUEST TO GRANT PUNITIVE DAMAGES TO PLAINTIFF**

**INJUNCTIVE RELIEF**

**THE VOID OF ALL CRIMINAL CHARGES OF PLAINTIFF**

**BASED ON THE FRIVOLIST BASELESS ARGUMENTS OF DEFENDANT**

**EXAMPLE AS IN THE DEFENDANTS REQUEST FOR PLAINTIFF TO (UNSEAL) ONE OF MANY LAWLESS AND BOGUS ARRESTS**

**PLAINTIFF SEEKS TO CLEAR HIS GOOD NAME**

**(FROM THE CRIMINAL ACTIVITY OF A POLICE OFFICER INDISQUISE)**

**NOTICE HOW DEFENDANTS LEGAL TEAM ARE NOT OFFERING ANYTHING**

**BASED ON THE PRINCIPLES OF THE LAW FOR HE WAS SWORN TO PROTECT**

**SIR I REPECTFULLY REQUEST THE FULL PROSECUTION OF THIS PRETENTIOUS PUBLIC SERVANT**

**AND PUNITIVE AND INJUCTIVE RELIEF FOR PLAINTIFF:**

**AND THE FULL PROSECUTION OF DEFENDANT TO THE FULLEST EXTENT OF THE LAW**

**FOR THE PURPOSE OF NONE OTHER THEN NEEDLE PICKING TO FIND SOMETHING DISGRACEFUL TO USE AGAINS**

| | |
|---|---|
| Filename: | Affidavit Judge Roanne L Mann January 29th 2016 |
| Directory: | J: |
| Template: | C:\Users\user2\AppData\Roaming\Microsoft\Templates\Normal.dotm |
| Title: | |
| Subject: | |
| Author: | user2 |
| Keywords: | |
| Comments: | |
| Creation Date: | 1/29/2016 3:01:00 PM |
| Change Number: | 2 |
| Last Saved On: | 1/29/2016 3:01:00 PM |
| Last Saved By: | user2 |
| Total Editing Time: | 2 Minutes |
| Last Printed On: | 1/29/2016 3:15:00 PM |

As of Last Complete Printing

Number of Pages: 10
Number of Words: 2,050 (approx.)
Number of Characters: 11,688 (approx.)

C. M. EL
97-15 H. H. Expway 5J
5J Queens NY
11368

FILED
CLERK
2016 FEB -2 AM 11 38
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

7015 1730 0000 7051 9992

Hon Roanne L. Mann
UNITED STATES EASTERN DISTRICT
COURT, Eastern District of
NEW YORK (225 Cadman Plz Est)
Brooklyn New York
11201

1000
11201

UNITED STATES POSTAL SERVICE.

11201$9999