UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Page | 1

**PLAINTIFF REQUEST FOR ORIGINAL PRDPERTY SEIZED**

**OMNIBUS MOTION OF DISCOVERY TO DEFENDANT**

Pursuant to State and Federal Rule Criminal and Civil Procedure

----------------------------------------------------------------x

C Martin El / Co Petitioner: AME et al

15 Cv6581

Monday, February 1st, 2015

Vs.

**TRAIL BY JURY**

Norris Cardova of Citified, USTA, and OTHER PARTIES, NAMES UNKNOWN

----------------------------------------------------------------x

**Dear Madam, Sir,** Please be advised, in this Legal Notice, for the Preservation of All STATE and FEDERAL Constitutional Secured Immunities, and Inalienable Rights With regard to the following

Please take Notice, Imagine Your Honor, The 2015 World Series, 10's of Thousands of People from All Over the World, to prove the ***Defendant, (Watched Plaintiff, with Intent to Cause Harm*** In Violation of 18 USC § 241

And 18 USC § 242

***Dear Judge, Please take Notice,*** In compliance to your orders, dated ***January 28th, 2016,*** That Plaintiff has filed a Response to defendants request, ***Dated December 28th, 2015*** **Not objecting to Release Certain Information,** PENDING DEFENDANTS, OBLIGATIONS, Return All Property Seized or Illegally Confiscated from Plaintiff over a Projected Period, **(WITH OUT REQUIRED PDLICE PROCEDURE, DEPARTMENT PRDTDCAL RULES / RECIEPS/ OR POLICE VOUCHERS)**

Defendant has a **(LEGALLY BONDING OBLIGATION TO PLAINTIFF)** via its Oath bound Obligations, When signing on as a police officer. ***Defendant has NO Legal Right, ta INFRINGE on Plaintiffs Constitutianal Protections. Unless defendant is in imminent danger.***

Page | 2

*(Standing on Roosevelt Avenue, Talking to a Friend, that plaintiff hasn't seen in Fifteen Years) This is the Plaintiffs Legal, Constitutional Right,*

*Defendant jumped from his Vehicle, (On an August 2015 Evening) in the Middle of a Busy Roosevelt Avenue Traffic Congestion, blocks away from USTA, Citified, to tell me to put my hands behind my back, Just as I was about to exchange telephone numbers, (from a Friend, I haven't seen in fifteen Years, How would you feel judge?) Octaber 31st, 2015, WAS THE LAST STREW FOR ME, Your Honor*

*Under No Circumstances, Can a Constitutional Right, be Converted into a Crime…18 USC § 241 Under No Circumstances, <u>Can a law enforcement official, make Void, the Exorcise of a Constitutional Right</u> 18 USC § 242*

*(SEALED ARREST INFORMATION Docket #2015QN54259 Arrest # Q15657393) Pertaining to 25:11 Arts and Cultural Affairs Law, is a Violation, not a Crime, punishable by jail.*

*A law enforcement Official, Cannot make (Void) the Free Exorcise, of a Constitutianal Right*

Defendant has Contempt for the Constitution of the State of New York, and the 'Constitution of the United States of America. As one Sworn to up hold the Constitution, defendant Never makes reference to it, Not once in his Statement, **this defendant, and his sponsor's (Citi field, USTA, Agents, and Subsidiaries) is Reckless and Negligent, towards the law (STATE and FEDERAL CONSTITUTION) that he was Sworn to Protect**

As plaintiff Mentioned in his *Initial Statement on November 12th, 2015)* and also, in his **Statement Dated December 28, 2015.** The Primary Reason, **Why Plaintiff has Requested ALL ORIGINAL PROPERTY Seized,** Because the **Defendant has been untruthful,** Stating that Plaintiff's Seized Property, (Was not Authentic – Defendant, Made this Statement **AS A SMOKE SCREEN, TO CARRY OUT HIS UNLAWFUL ACTS ON PLAINTIFF)** Defendant has Personal Contempt for Plaintiff. Defendant HAS

Page | 3

**NEVER, Apprehended Plaintiff, for causing Injury or Harm, to anyone's person, or property**

**PLAINTIFF PURCHASED PROPERTY FROM THE METS BOX OFFICE** Please take Note, that Plaintiff purchased his property from the METSBOXOFFICE. As plaintiff mentioned in his Initial Statement, Citi Field, USTA, is in Plaintiffs, OWN Zip Code Community, Plaintiff has attended many Mets Games, 1969 World Series, USTA events, Probably before Defendant was born, or before defendant Arrived in the United States.

Plaintiff Move (In his statement) on December 28th, 2015, (In his Request for **OMNIBUS MOTION OF DI5CDVERY)** for Defendant to Present *(ALL ORIGINAL PROPERTY SEIZED FROM PLAINTIFF)* As Plaintiff stated in his *December 28thth Statement* that Plaintiff would Only disclosed Description of Seized Property to the Court, Plaintiff Still Present this Stipulation to the of the Judge In Her Honors Order, to release UN5EALED Documents in This case Docket #2015QN054259 Arrest # Q15657281

Respectfully

C. M. El aka A Martin El

347-981-2712

Q15657281

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

| THE PEOPLE OF THE STATE OF NEW YORK | STATE OF NEW YORK COUNTY OF QUEENS |
|---|---|
| V. | |
| ASIRUS M MARTIN-EL (56Y) DEFENDANT |  2015QN054259 |

POLICE OFFICER NORRIS CORDOVA OF PATROL BORO QUEENS NORTH, TAX REG#: 933708, BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT OCTOBER 31 2015 AT ABOUT 7:45PM, IN FRONT OF 123-01 ROOSEVELT AVENUE, COUNTY OF QUEENS, STATE OF NEW YORK, THE DEFENDANT COMMITTED THE OFFENSE OF:

ARTS/CUL. 25.11-1 (2013) [V] RESALES OF TICKETS WITHIN BUFFER ZONE

ARTS/CUL. 25.11-1 (2013) [V] RESALES OF TICKETS WITHIN BUFFER ZONE
--- BEING A PERSON, FIRM, CORPORATION OR NOT-FOR-PROFIT ORGANIZATION, WHETHER OR NOT DOMICILED, LICENSED OR REGISTERED WITHIN THE STATE, DID RESELL, OFFER TO RESELL OR SOLICIT THE RESALE OF ANY TICKET TO ANY PLACE OF ENTERTAINMENT HAVING A PERMANENT SEATING CAPACITY IN EXCESS OF FIVE THOUSAND PERSONS WITHIN ONE THOUSAND FIVE HUNDRED FEET FROM THE PHYSICAL STRUCTURE OF SUCH PLACE OF ENTERAINMENT, OR A TICKET OFFICE.

THE ABOVE OFFENSE WAS COMMITTED AS FOLLOWS:

DEPONENT STATES THAT AT THE ABOVE MENTIONED DATE, TIME AND PLACE OF OCCURRENCE, HE OBSERVED THE DEFENDANT, ASIRUS MARTIN-EL, OFFER TO SELL A TICKET TO AN EVENT BEING HELD AT CITIFIELD. DEPONENT FURTHER STATES THAT HE OBSERVED THAT THERE IS NO DESIGNATED AREA OF LAWFUL RESALE OF TICKETS AT THE BALLPARK.

DEPONENT STATES THAT THE DEFENDANT IS NOT AUTHORIZED TO SELL OR OFFER TO SELL TICKETS WITHIN 1500 FEET OF CITIFIELD.

DEPONENT STATES THAT THE ABOVE LOCATION IS WITHIN 1500 FEET OF CITIFIELD AND THAT CITIFIELD HAS A SEATING CAPACITY IN EXCESS OF FIVE THOUSAND SEATS.

AFF#693768686087

MARTIN-EL, ASIRUS M  Q15657281

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW

10/31/2015

DATE    SIGNATURE

SWORN TO BEFORE ME ON THE
DAY OF

DATE    SIGNATURE

↑           ↑

Attention: Officer Norris Cardoza, Reluctant to Sign; Statements are Not Accurate;

Criminal Court of the City of New York
County of _Queens_   Date _2/2_ 20_16_

_____ Court Clerk

Criminal Court of the City of New York

County of _Queens_  Date _2/2_ 20_16_

I hereby certify that the within is a true

Copy of the record on file at this Court

_____ Court Clerk