**Chief Judge Carol Bagley Ammon**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



Rec'd 2/19/16 KLM

Page | 1

**Pursuant to State and Federal Rule Criminal and Civil Procedure
With Regard to Matters of Civil and Criminal**
..........................................................................................................x
C Martin El

15 Cv6581
(BMC)(RLM)

Friday, January 10, 2016

Vs.

TRAIL BY JURY

**Norris Cardoza USTA: CITY OF NEW YORK: CITIFIELD; OTHER PARTIES NAMES UNKNOWN**
..........................................................................................................x

Dear Chief Judge: Please be advised, of this *Amended Complaint, Based on statements sent to your chambers on January 10, 2016,* There were a few 'Misinterpretations' and Misquotes in my last Statement, I am sending this Notice to Inform you of my actions to reverse the orders of Judge Mann

*Please be advised,* in this Legal Notice, for the Preservation of All Constitutional Secured Immunities and Inalienable Rights

Plaintiff Move To 'Reverse this action, by Judge Mann, on December 30th docket 15 CV 6581: Based on the Following Grounds

Assaults and Violations on Plaintiffs CONSTITUTIONAL RIGHTS and other Civil Liberties SECTION 18: USC § 241:
- IN VIOLATION OF PLAINTIFF FIRST AMENDMENT CIVIL LIBERTIES
- Also Violations on Plaintiffs 4TH Amendment Civil liberties

Please Recuse presiding Judges based on Enclosed Facts:

**Also 18 USC § 242**

Page | 2

That For Every Legal Matter the Law *Provides a Remedy*, the 'Obligatory Requirement' is *Due Process and Equal Protection*, **Dear Chief Magistrate Amon,** Federal Officers **R Mann, B. Cagen,**

Any Party, Rather **Acting (Individually or In Concert)** Who INFRINGES on the **Constitutional Natural Rights,** of another Party Is **Liable Under the Constitution**

If a party is acting 'in **Contrast to the Principles, of the Constitution,**
 **That party is Liable**

**Dear Chief Judge,** We have a Situation where **'Several Parties'** Has INFRINGED on the **Constitutional Rights of Plaintiff, docket 15 Cv6581** and an 'Officer (s) of the Federal Court' **Judge R. Mann/ Judge Brien M Cagen Has stated that The Plaintiff Cannot Sue parties in the following Caption, Federal Officer has not followed Oath Bound Obligations to Protect the Principals of the Constitution, as the y pertain to plaintiffs Civil Constitutional liberties.**

 **Plaintiff Move to Challenge this Order, by Judge Roanne L. Mann, filed on December 30th,** and the Previous actions of Federal Officer, Brian M. Cagen BASED on the Above Constitutional Principles: **Please Let the public Record Show, and** Let (ALL STATEMENTS BE RECORDED IN THE PUBLIC RECORD)

With reference to **CAPTION** Below; **Plaintiff Files this Legal action** based on All **Initial Statements by Plaintiff in his original Notice** on **November 12th, 2015** based on the following Caption

...........................................................................................x

**C Martin El**

                                                                                                    15 Cv6581

                                                                                       Friday, January 11, 2016

Vs.
                                                                                                    Trial By Jury

**Norris Cardoza: Employed by:**
**USTA CITIFIELD THE CITY NEW YORK OTHERS,) NAMES UNKNOWN**
...........................................................................................x

The **Federal Officer** stated that Plaintiff can only File Suit, against Norris Cardoza, NOT *ALL LIABLE PARTIES,* Who encouraged Norris Cardoza in his

consistent violations of Plaintiffs Constitutional and Civil Liberties

**Plaintiff move to Challenge this action, Which represent officers Prejudice, and not Plaintiffs Constitutional rights**

**Federal officer (s) Roanne L. Mann, and Brian M. Cagen Acting in CONTRAST and CONFLICTION to the Federal Code and the DEPRIVATION of Plaintiffs Constitutional and Civil Rights**

Page | 3

**18 USC § 241**

**18 USC § 242**

**42 USC § 1983**

**28 USC § 1331**

**Plaintiff File Claim, and Respectfully Request**

- **Injunctive Relief,**
- **Summary Judgment,**
- **Punitive Damages,**

**And All other Relief As the Court Deems Appropriate**
**Outlined in Statements From Plaintiff Dated December 29th 2015**

**Federal officer has Intensified the DEPRIVATION of Plaintiff Constitutional Immunities under above Federal Codes**

That Plaintiff cannot receive **DUE PROCESS Fair and Impartial** Treatment, And **Fair Review of All Evidence that Plaintiff has Submitted to the Court,** (TO BE CAREFULLY EXAMINED IN THE PUBLIC RECORD)

**These Officers decisions appear to be (Unjustifiably Manipulated by the Corporation Council, and Defendants.**
The Officers Presiding over this matter, **Officers Roanne L. Mann,** and **(Brian M. Cagan, has Denied Plaintiff (Due Process and Equal Protection, ACTING UNDER COLOR OF LAW) and a Fair Review of All Evidence, and** has not **Demonstrated Fairness and Impartiality, under the Authentic Law, the 'United States Constitution' that Governs the Land**

The Defendant, Corporation council, USTA, Norris Cardoza, CitiField, appears to be, swaying

decisions of Federal Mann, Not based on the law; Case in point, federal **Officer Mann**, has directed Plaintiff to comply to a **Demand by corporation council, (NOT BASED ON THE LAW) (But By The Defendants-**<u>Criteria, NOT BASED ON SUBSTATIVE LAW OF THE COURT</u>**)** that was **Impossible for plaintiff to meet.**

Page | 4

Example: **Defendant sent a Notice Dated (December 18th 2015) to** Plaintiff, **Ordering Plaintiff to Comply with (Defendants Demands, - NOT THE COURTS / THE LAW THAT GOVERNS THE COURT) within (THE DEFENDANT- NOT THE LAW THAT GOVERNS THE COURT: GAVE PLAINTIFF THE STIPULATION TO RESPOND TO AN ORDER, BY THE DEFENDANT (NOT THE COURT) WITHIN ONE WEEK) One Week- Christmas Holiday Season) (ONE WEEK EXPIRED WHEN PLAINTIFF RECEIVED NOTICE Until (December 26th)** One week from **(December 18th)** from Defendants demand.

**Judge Mann, and Judge Cagan,** in pass matters, has demonstrated disregard for
- **Material Evidence,** and denial of
- **Fair and Impartial treatment** towards Plaintiff. CASE IN POINT

**Judge Mann** has (Unjustly Penalized Plaintiff) for failure to (Comply to an **Impossible Order**) Plaintiff received a **list of Stipulations** on December 26th: Defendant told Plaintiff to Comply Within ONE WEEK, The One Week Expired, **When Plaintiff Received the Notice in the Mail**: December 26th: Plaintiff Cannot Receive Fair and Impartial Treatment From Judge Mann, or Judge Cagen In their continued disregard

- Material Evidence
- Making Unreasonable Demands on Plaintiff
- While Affording Plaintiff an Unreasonable Amount of Time to Meet these Demands

Example: **Allowing Defendant Almost Two Mouths to Respond to Plaintiffs Request:**
And
- Allowing Defendant to Set the Criteria of (ONE WEEK FOR PLAITIFF)

And to add Insult, (ONE WEEK WITHIN THE CHRISTMAS HOLIDAY)
Judge is somehow, (Manipulated by the Defendant) carrying out the Orders of the Defendant, **Not the Orders of the Court, Based on the Criteria of the Constitution Judge Mann,** is allowing the Defendant to Dictate these unreasonable request Without regard for the party that's within its Constitutional means.
Plaintiff asks, is it the judge that sets the Criteria or the Defendant;

The defendant is the Culprit here, Not the Plaintiff


The defendant is telling the Plaintiff

- WHO TO SUE IN THE CAPTION
- THE DEFENDANT IS SEEKING TO COERCE PLAINTIFF UNDER DURESS TO

- UNSEAL AN ARREST
- RELEASE MEDICAL

Page | 5

Plaintiff cannot receive 'Fair and Impartial Treatment from Judge Mann, and Judge B Cagen:

Is making a Request for another alternative:

Respectfully
C Martin EL
347-981-2712



C. Martin El
CV-15 Horace Harding Expway 5J
Flushing, New York
11368

Cheif Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York
11201-1818