**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**Pursuant to State and Federal Rule Criminal and Civil Procedure**

**With Regard to Matters of Civil and Criminal**

...............................................................................................................x

**C Martin El / Co Petitioner: AME et al**

**15 Cv6581**

**Thursday, February 18th 2016**

**(BMC)(RLM)**

Vs.

**TRAIL BY JURY**

**Norris Cardoza of Citified, USTA,   and OTHER PARTIES, NAMES UNKNOWN**

...............................................................................................................x

Pursuant to FRCCP, in compliance with State and Federal Rule and Civil and Criminal Procedure,

Please be advised, in this *Legal Notice,* for the *Preservation* of *All Constitutional Secured Immunities and Inalienable Rights* With regard to the following (Criminal and Civil Complaints) in reference to Arrest October, 31st 2015: Pertaining to LAW Accountable Officers, (Plaintiff and Defendant in above Caption) with reference to

- **Assaults and Violations on Plaintiffs CONSTITIONAL RIGHTS and other Civil Liberties SECTION 18: USC § 241:**

  - **IN VIOLATION OF PLAINTIFF FIRST AMENDMENT CIVIL LIBERTIES**

- **Also Violations on Plaintiffs 4TH Amendment Civil liberties**

- Illegal Search and Seizure

- **Violation on Plaintiffs Civil Liberties with Reference to the Civil Rights Act of 1964**

Please take notice, with reference to *plaintiffs statements,* dated, *January 29th, 2016, with regard to plaintiffs Civil and Constitutional Rights, being 'violated, detrimentally impacted, by*

**Asirus Maat Martin El,**

**Adjudication for the Department of Traffic Violations, DMV**

6 Empire State Plaza, Albany, NY 12228

## Notice of Appeal, Legal Dispute, with regard to: Docket #A0709150000

12/14/15

**Dear Sir Madam of the DMV,** Please be Advised, In this Legal Notice, for the Preservation of All Constitutional secured rights,I am respectfully requesting that the DMV, re address this matter, under the following docket,( #A070915000)  that I am being Penalized for a Civil Penalty,(#A070915000) in a <u>NON TRAFFIC Related incident</u>, These penalties, Have been illegally applied. And also, I have **not been Afforded** the **(Due Process)right,** to address these **(Civil Allegations-docket #A070915000) $825**made against me. As this allege Civil Issue had <u>**Nothing to do withOperating a Motor vehicle.**</u>

And furthermore, sir, madam, the **term Civil,<u>IMPLIES</u> that there are <u>Injured Parties, or damaged property Involved</u>**. There are no injured parties or damaged property in this **Non Drivers Related Incident.**That has been addressed in another venue. One cannot not be penalized twice, double jeopardy.

Your computer system state, that I was engaged in some form of negative activity that had nothing to do with me **(Operating a Motor Vehicle).**  I ask the question sir madam, how is it, that civil penalties, are alleged, when the issue had <u>nothing to do with operating a motor vehicle,</u> and some Inaccurate statement was made in your system, that had nothing to do with me operating a motor vehicle.  Which is clearly a Defamation of my Character; I am Respectfully Requesting that your agency considers these legal facts in disregarding these allege civil penalties.

Respectfully

Asirus Maat Martin El

Asirus Maat Martin El

December/15

[Notary seal: NOTARY PUBLIC, State of New York, SARA RAHMANI, No. 01RA6171134, Commission Expires July 23, 20__, Qualified In Queens County]

*a large number of agencies, (The Department of Corrections-And, The Department of Motor Vehicle, is (two of these agencies,) See statements on Department of Motor Vehicle, Enclosed: With reference to the Department of Motor Vehicle plaintiffs States, for the Record:*

Page | 2

*"For Every Legal Matter, The Law Provides a Remedy, The Obligatory Requirement, Is 'DUE PROCESS, And Equal Protection."*

*Plaintiffs asserts* that the *Department of Motor Vehicle,* **Denied Plaintiff his 'Due Process Civil Constitutional Rights, or Other Wise,** *INCARCERATED PLAINTIFF,* For extortion, of ***Illegal Civil Fees,*** **(SEE ENCLOSED STATEMENT)** ONCE AGAIN, WITH REFERENCE TO PLAINTIFFS DRIVING HISTORY, PLAINTIFF HAS NEVER CAUSE HARM, VIA TRAFFIC, ACCIDENT, TO ANYONES PERSON, OR PROPERTY, YET THE DEPARTMENT OF MOTOR VEHICLE, HAS UNLAWFULLY RESTRICTED PLAINTIFF, FROM THE TRANSPORTATION, OF SEEING ELDERLY LOVE ONE'S, OUT OF STATE: *SUPPORTING PLAINTIFFS CHILDREN,* WITH REGARD TO TRANSPORTING THEM 'BACK FORTH TO SCHOOL, OTHER CULTURALLY ENRICHED ACTIVITIES: (THE DEPARTMENT OF MOTOR VEHICLE HAS UNLAWFULLY DENIED PLAINTIFF, THESE GREAT JOYS, AS A RESULT, PLAINTIFF HAS WITNESS THE 'DETRIMENTAL IMPACT OF THESE UNLAWFUL ACTS ON PLAINTIFFS CHILDREN, NOT BEING ABLE TO TRANSPORT, TO PLACES LIKE SCHOOL, (HAS CAUSED PLAINTIFF, EXTENDED FAMILY, UNDUE STRESS) *FOR 15 YEARS,* SEVERAL SCETIONS OF THE DEPARTMENT OF MOTOR VEHICLE, CHARGING CIVILIANS, *UNSEEN CIVIL FEES:*

Plaintiff Asserts, that Defendants Connection, and Close proximity to the Department of Motor Vehicle, *THE DEPARTMENT OF MOTOR VEHICLE;* AND **THE DEPARTMENT OF CORRECTIONS,** *ARE LIABLE AGENTS,* IN DENIAL OF PLAINTIFFS, (DUE PROCESS-OTHER RIGHTS;) TO *TRANSPORT/ OPERATE A MOTOR VEHICLE IN THE STATE OF NEW YORK;* FOR 15 YEARS, AND DENIED IN OTHER STATES BECAUSE OF NEW YORK STATE: ) PLAINTIFF ASSERTS THAT, THE DEPARTMENT OF MOTOR VEHICLE, AND THE DEPARTMENT OF CORRECTIONS: HAVE WORKED IN CLOSE CONNECTION WITH DEFENDANT, AND MANY AGENCIES: AFFILIATEFD WITH LAW ENFORCEMENT: THE DEPARTMENT OF MOTOR VEHICLES: AND THE DEPARTMENT OF CORRECTIONS: *Worked, IN CONCERT,* to Deny Plaintiff, His Lawful Rights, to *Transport/Operate, a Motor Vehicle (IN THE STATE OF NEW YORK: FOR OVER 15 YEARS)PLAINTIFFS Mother turns 90 Years Old, this*

*99th Birthday, Wouldn't we all like to be present, for Important Events like this in our Families Life's, Well, Plaintiff Couldn't, Every time Plaintiff Visited the Department of Motor Vehicle, Plaintiff was told, (As of Many, attending to matters in the Department of Motor Vehicles, Often I hear consumers Complaints, About the dep of motor Vehicle, 'Trampling over Citizens due Process, Constitutional Civil Rights,) The Department of Motor Vehicle, Has Violated the Constitutional Rights, of Several Citizens, In the Interest of Financial Gain, Plaintiff Asserts, that there are 'CRIMINAL COURTS, AND CIVIL COURTS' WHAT RIGHT, DOES THE DEPARTMENT OF MOTOR VEHICLE HAS, TO CHARGE CITIZENS CIVIL FEES: WITH OUT EVEN OFFERING LEGAL REMEDY:*

*EXAMPLE: THE DEPARTMENT OF MOTOR VEHICLE WILL DENY, SAY IF A CONSUMER OF SERVICES, BEEN FOUND GUILTY OF A DRIVING OFFENSE,*

*SAY THE PENALTY IS $1700, THE DEP OF MOTOR VEHICLE IS DENYING CITIZENS (RESTRICTED LICENSE: OF ANY SORT: DEMANDING FROM CONSUMER TO PAY THE WHOLE $1700, **NO PAYMENT PLAN, FOR THE ECONOMICALLY CHALLENGED, NO LEGAL REMEDY)***

*(WITHOUT THE RIGHT OF A JURY OF ONE'S PEERS, NO LEGAL REMEDY, THE DEPM FIND PEOPLE GUILTY, THE ONLY WAY TO RESOLVE THE TRAFFIC, ERAS IS TO PAY THE $1700 HUNDRED DOLLARS)*

***Dear Chief,*** *that's wrong, it's extremely difficult for Plaintiff to Attend to his Mother in Delaware, and his Teenage Children in New York. As plaintiff mentioned in his statement **Dated January 29th, 2016, Defendants, unlawful Attacks,** Unlawful Practices, of the **(Department of Motor Vehicles - Department of Corrections)** have come from **many directions, various agencies,** as law enforcement officials, **has access, to every agency in the State of New York.***

**Plaintiff is Claiming Damages against, above referenced Agent DMV, For These Further Actions of the Department of Motor Vehicle: NOT RETURNING PLAINTIFFS CORRESPONDENCE: *Denying Plaintiff, Due Process of Law,* ALL of Plaintiffs Statements, is a *'Matter of Substantive Law.' Traveling on America's Roads, is a Constitutionally Guaranteed Right to TRANSPORT,***

*For 17 Years, The Department of Motor Vehicle, Has Deprived Plaintiff of his Inalienable, Constitutional Rights,*

*ACCORDING TO Kent vs. Dulles, 357 U.S. 116, 125, The Right to Travel is a Liberty of Which the Citizen cannot be Deprived: (WITHOUT DUE PROCESS OF LAW) The Supreme Stated in Wisconsin in 1909*

Page | 4

*Public Highway in its broad sense, Include toll roads, streets, or highways, which the public has a right to use, even conditionally thou, in a strict legal sense, it is restricted to roads, that are wholly public. See Weirich v. State, 140 Wis. 98.*

*Even the legislature, has no power to deny a citizen the right to travel, upon the Roadways and to TRANSPORT HIS PROPERTY, in the ordinary course of his business or pleasure: WHAT RIGHT DOES THE DEPARTMENT OF MOTOR VEHICLE HAVE, TO PREVENT PLAINTIFF, OR DEPRIVE PLAINTIFF, OF HIS CONSTITUTIONAL RIGHT TO SEE HIS SOON TO BE 90 Year Old Mother: And Her Just Turned 99 Year Old brother, What Right does The Department of Motor Vehicle Have to Deprive Plaintiff of His Lawful Right, to DROP HIS KIDS OFF TO SCHOOL, OICK THEM UP,*

*FOR 17 YEARS, THE DEPARTMENT OF MOTOR VEHICLE HAS DENIED PLAINTIFF THIS RIGHT, WITH THE ATTITUDE OF 'WHO WILL STOP THEM, DMV, FROM VIOLATING THE RIGHTS OF PLAINTIFF, AND MANY OTHERS, BY DENIAL OF DUE PROCESS, JURY OF ONE'S PEERS, LEGAL REMEDY, DEAR HON CHIEF, I AM CALLING THIS, TO YOUR ATTENTION: PLINTIFF, PRESERVE ALL CONSTITUTION IMMUTIES WITH REFERENCE TO THE DEPARTMENT OF MOTOR VEHICLES CHARGING OF CIVIL FEES? IN A IN COURT, THAT IS NON CRIMINAL, OR CIVIL,*

*AS PLAINTIFF STATED, THE OBLIGATORY REQUIREMENT IS DUE PROCESS AND EQUAL PROTECTION, UNDER THE LAW, (MANY AGENGIES FEEL, THAT THERE QUESTIONABLE ACCUMULATION REVENUE, PUTS THEM ABOVE CONSTITUTIONAL MANDATES) Please Be Advised, That the Department of Motor Vehicle, is a Very MEAN SPIRITED, ARROGANT AGENCY: EXTRACTING MASSIVE AMOUNTS OF RESOURCES, FROM THE POOR, AND THOSE WHO CANNOT AFFORD LEGAL DEFENSE.*

*Plaintiff PRESERVE ALL OF HIS RIGHTS, UNDER THE CONSTITUION OF THE UNITED STATES: AND DECLARE, THAT HE IS NOT AN 'ALIEN' TO THE LAWS OF THE CONTITUTION OF THE UNITED STATES, AND TO THE REPUBLIC, FOR WHICH IT STANDS, WITH LIBERTY AND JUSTICE FOR ALL.*

Page | 5

Plaintiff asserts his Inalienable, Natural Rights, And Plaintiff further state, that he is not an Alien, to the Laws of the Constitution of the United States.

PLAINTIFF HAS BEEN DENIED THE RIGHT TO 'OPERATE OR TRANSPORT' A MOTOR VEHICLE AND MANY OTHER VEHICLES USED FOR TRANSPORT:

FOR THE ACT OF TRANSPORTING A NEWLY PURCHASED VEHICLE (OUT OF THE STREET / BLOCKING TRAFFIC, AND TO A GARAGE) *Plaintiff Has Been Penalized for 17 Years, Plaintiff move, to State Claim, to the 'Above Referenced Agent (s) of the Defendants, (The Department of Motor Vehicle, and The Department of Corrections) Based on 'INITIAL STATEMENTS MADE, ON RECORD, IN EACH OF PLAINTIFFS AFFIDAVITS, LET THE RECORD SHOW, THAT PLAINTIFF, ADD THE DEPARTMENT OF MOTOR VEHICLE, THE DEPARTMENT OF CORRECTIONS, AS AGENTS IN THIS SUIT, CV6581*

FOR THIS, PLAINTIFF HAS BEEN DENIED THE LAWFUL RIGHT, TO TRANSPORT OPERATE IN New York STATE: PLAINTIFF STATES, THAT THE *DEPARTMENT OF 'MOTOR VEHICLE, AND THE DEPARTMENT OF CORRECTIONS, IS IN DIRECT CONCERT, WITH THE DEFENDANT:*

*Plaintiff Thanks the Court, for allowing to Address these legal issues, Regarding the Department of Motor Vehicle, which has been unaddressed for many years, Your Honor, there are many crying out for justice your, (IN THIS MATTER) that only the UNITED STATES DISTRICT COURT, GUIDED BY THE SUBSTANTIVE LAW, TO BRING RELIEF AND REFUGE TO MANY DEPRIVE OF DUE PROCESS AND EQUAL PROTECTION*

*Respectfully C. M. EL 347-981-2712*

C. M. El

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| C. Martin El | 1: 15-CV-6581 (BMC)(RLM) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| John Doe; et. al. Norris DFC Citi Field, USTA, | (2) Orders, Am. Summons, Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SERVE AT
City of New York / Office of the City Corporation Counsel, Law Department
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
100 Church Street, New York, NY 10007-2601

Citi Field, (23-01-Roosevelt Av, Qas, N 11368
Flushing Meadow Corona Park, Flushing NY 11368

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| C. Martin El<br>97-15 Horace Harding Expressway<br>Apt.# 5-J<br>Flushing, NY 11368 ← Same ZIP | Number of process to be served with this Form 285: 4 |
| | Number of parties to be served in this case: 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

In Compliance to her honors M/O, AND pursuant to 160.50 OF NYS penal code, plaintiff give consent to serve corporation council at the above address.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
C M El Prose Representative

TELEPHONE NUMBER: (718) 613-2610
DATE: 1/4/16

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
B. Mosek, clerk
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 2/16/16 | Time: 1:00 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 15.00 | | | | | $0.00 |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

C. M. El
97-15 Horace Harding
Expway, 5J
Queen's
1134? NY

FOREVER
USA

7015 1730 0000 7164 2606

UNITED STATES
DISTRICT Court, Eastern
District of New York
225 Cadman plaza, East
Brooklyn, New York 11201-1818

U.S. POSTAGE
PAID
FLUSHING,NY
11375
JAN 18, 16
AMOUNT
$3.67
108130-14