**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
**C. MARTIN EL,**

                **Plaintiff,**

          -against-

**JOHN DOE,**

                **Defendants, et. al,**
-----------------------------------------------------------------x

**MEMORANDUM AND ORDER**

**15-CV-6581 (BMC)**

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      The Court conducted a telephone conference on February 22, 2016, during which it set a deadline of March 21, 2016 for *pro se* plaintiff C. Martin El, t/n Asirus Ma'at El, to amend his complaint. See Minute Order (Feb. 22, 2016) ("2/22/16 Minute Order") at 1, Electronic Case Filing ("ECF") Docket Entry ("DE") #26. Because plaintiff, as a *pro se* party, does not have the ability to electronically file documents into the ECF system, the Court, as a courtesy, provided him with its Chambers email address, so that he could submit motions and other notices to the Court in an expeditious fashion. The Court specifically instructed plaintiff that defense counsel should be copied on all emails sent to the Chambers address. Following the telephone conference, the Court's staff sent plaintiff a copy of the 2/22/16 Minute Order by email from the Chambers address.

      On February 23, 2016, plaintiff replied to that email with a series of five emails, some as brief as one line. See Letters Dated 2/23/16 E-Mailed from Plaintiff re Minute Order (Feb. 24, 2016), DE #28 ("Docket Entry #28"). These emails were followed on February 24, 2016 with another similar email, see Letter Dated 2/24/16 E-Mailed from Plaintiff re Minute Order (Feb.

25, 2016), DE #29 ("Docket Entry #29"), and a phone call to Chambers. In these communications, plaintiff addressed several of his various arrests, as well as his intent to amend the complaint. See Docket Entry # 28; Docket Entry #29. On February 25, 2016, plaintiff sent yet another email to the Chambers address, which he seems to characterize as his "Amended Complaint," but which ends mid-sentence and does not set forth any claims.[1] See Letter Dated 2/25/16 E-Mailed from Plaintiff re "Plaintiff. Obligatory Requirement is 'Due Process and Equal Protection,'. . . ." (Feb. 25, 2016), DE #30. Defense counsel was not copied on any of these emails.[2]

The Court reminds plaintiff that permission to submit letters to the Court via the Chambers email address is a privilege that must be used judiciously or else it will be revoked. Any changes to plaintiff's legal theories or factual allegations should be included in his amended complaint, not emailed piecemeal to the Court. Furthermore, any time plaintiff communicates with the Court, he must copy defense counsel on any email sent to the Chambers address.

SO ORDERED.

Dated: Brooklyn, New York
February 25, 2016

/s/ *Roanne L. Mann*
ROANNE L. MANN
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] During the February 22nd telephone conference, the Court encouraged plaintiff to schedule an appointment with the Federal Pro Se Legal Assistance Clinic at the Brooklyn Federal Courthouse. The telephone number for scheduling an appointment is 212-382-4729.

[2] The Court caused the emails to be docketed into the electronic court file.