Re: Plaintiff. Obligatory Requirement is 'Due Process and Equal Protection," Is the Objective and Matter of Law: Plaintiff spelled out with each Legal Notice, Defendants Abuse of the Constitution and Civil Rights of Plaintiff: Material Evidence is in the Theats Abuse of Power, And the Execution of these Threats and Abuse of Power

Carl Maat El
to:
Mann_Chambers
02/26/2016 12:26 AM
Hide Details
From: Carl Maat El 
To: Mann_Chambers

Plaintiff thanks the court, and Express Appreciation and Admiration for your great accomplishments as chief judge, plaintiif has spelled out, many violations of Plaintiffs constitutional and civil rights, And state, based on the 'legal facts, that the court should at least consider 'partial summery judgement'

On Feb 25, 2016 12:45 PM, "Carl Maat El" wrote:

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT

PURSUANT TO FEDERAL RULE, CRIMINAL CIVIL PROCEDURE
..................................x
Asirus Maat El, at el

CV6581

Against,

Norris Cardova:
Citifield: USTA CITY OF NEW YORK
..................................x

Please take Notice, on February 24th 2016, and let the Public Record Show, that plaintiff Serve Notice, of his Intentions to 'Comply with Cheif Judges Orders, Via Conference Call, to 'Amend' his complaint' in this legal notice

Plaintiff further state, Request FRCP 56 (a)(d) Request Partial Summery Judgement, Pusuant to In this Amended Complaint
Pending the Conclusion of this legal dispute, (cv6581) For Illegal Search, Seizure, Cconsistant and Constant harassment, over protracted periods, As Material Evidence, Dockets Proove, (Defendant and Accomplices) Has made many threats, on Plaintiff,

Over protracted periods, (As Material Evidence,) Arrest Dockets Show: to QUOTE: (Arrest Plaintiff, Every time he Sees him, Confiscate all of Plaintiffs Property, and Apply Serious Charges.

Dear chief, if you notice in the Material Evidence, Arrest Dockets, You notice Variations or Diffraciations in the Charges, Penal codes, 240, 140, 25:11, Consistant with the defendants Threats, and the 'Ultimate Execution' of these threats by defandant, several times over protracted periods, THE SAME DEFENDANT, PERIODICALLY, For Deceptive Reasons, Defendant would tell one one his Accomplices, to take the (COLLAR, AS DEFENDANT REFERRED TO ARREST) So as not

to (cause legal questioning)

Constant threats, And Execution of these threats, Arrest plaintiff, Everytime he/defendant sees him, Apply serious Criminal Charges, and Seized plaintiffs property;

Sometimes, defendants Accomplices or Other

