

Re: 15-CV-6581 Memorandum & Order (docket entry #31)
Carl Maat El
to:
Mann_Chambers
02/26/2016 05:15 PM
Hide Details
From: Carl Maat El
To: Mann_Chambers

DEFENDANT NOTICE
15: CV6581

Plaintiff, Please be advised, With regard to the several Emails sent to your Chambers, (Many by mistake)
(Plaintiff was recieving a return message,) and assumed, that the Emails was not reaching there destination, Plaintiff sends his apology

With Reference
To Defence Council s (DISRESPECTFUL DEMAND-NOT REQUEST) for plaintiff's Authorization:

Defendants council, is behaving as the Judge, Behaving as if, it is his office, who sets the criteria; As plaintiff has informed defendant, He has Not object, to signing a release,

(Please be advised hon judge, that this should be about Mutual Respect, between both parties) Plaintiff have express his intent to sign the release

And
is willing to do whatever it take, to Prove the 'unscrupulous activity of these defendant (s) In the name of the law

Please be Advised, That during our initiatial discussion, The Defendant stated, that, (In order for His office to PROVIDE DISCOVERY, he would need plaintiff to Unseal, the matter in dispute, pertaining to the
Octomber 31st, 2015, arrest.
Plaintiff did not (Object) to this request, Also, Plaintiff's intentions, are to (File Multiple Claims) stemming from the Numerous arrest of Defendant and his accomplices, (Over 15 Arrest) defendant has made on Plaintiff:

As plaintiff mentioned in his December 28th 2015 response to defendant,

That the 'Legal Dispute in Question , October 31st, 2015, PLAINTIFF HAVE EXPRESSEDTO DEFENDANT, THAT HE INTEND TO SIGN THE RELEASE, Please be aware, That the matter in question, is being Litigated on March 7th 2016
25:11, Arts and Cultural Affairs Law: Once again, plaintiff sends his apology, with regard to emails sent to your chambers by mistake

Respectfully
Asirus Ma'at El
Defendant Notice

On Feb 25, 2016 5:20 PM, <Mann_Chambers███████████> wrote:
MEMORANDUM AND ORDER. The Court reminds plaintiff that permission to submit letters to the Court via the Chambers email address is a privilege that must be used judiciously or else it will be revoked. Any changes to plaintiff's legal theories or factual allegations should be included in his amended complaint, not emailed piecemeal to the Court. Furthermore, any time plaintiff communicates with the Court, he must copy defense counsel on any email sent to the Chambers address. The Court encourages plaintiff to schedule an appointment with the Federal Pro Se Legal Assistance Clinic at the Brooklyn Federal Courthouse. The telephone number for scheduling an appointment is 212-382-4729. (See attached M&O.) Ordered by Chief Mag. Judge Roanne L. Mann on 2/25/2016.