

**Plaintiff: USDC Defenfant Council**
Carl Maat El   to: Mann_Chambers                 02/26/2016 05:15 PM

From:  Carl Maat El
To:    Mann_Chambers

| Sender | Sender | Date | Subject |
|---|---|---|---|
| Carl Maat El | Carl Maat El | 02/26/2016 05:15 PM | Plaintiff |

Defendant Council
15: CV6581

Please be Advised, that D
Defendant calls,
With nothing in Particular to discussed:

Other then 'repeating,
what was said, during conference call.'

Like harassment,
Digging

The matter, in dispute is unsealed your honor, March 7th, 2016 next cout appearence

Now its on Defendant your honor; to released 'Discovery for all arrest, pertaining to defendant 'Norris Cardoza'
In its (ORIGINAL FORM) for 'Inspection and Examination' by plaintiff.

And also, Examine all (DEPARTMENT REQUIRED DOCUMENTATION, Arrest Reciepts, Vouchers, Statements Placed in the PUBLIC RECORD, By Defendant, About Plaintiff, All Documentation, Pertaining to Arrest)