Fwd: Defendant Council: PLAINTIFF ENDURED, A TREMENDOUS AMOUT OF ABUSE DURING LITIGATION
Carl Maat El
to:
Mann_Chambers
03/11/2016 06:29 PM
Hide Details
From: Carl Maat El
To: Mann_Chambers

2 Attachments

20160302_162728_HDR.jpg  20160302_162658_HDR.jpg

I notice you many Europeans Educating Indigenous African Children, Have Accepting that Egypt is in the Continent of Africa, Developed by Indigenous Blacks: ARTIFACTS DONT LIE MS GONZALES ARTIFACT IS A CONCRETE FACT We see a Indigenous Vlackman, Sittibg in a Chair, Like the Lincohn Memorial, EUROPEAN EDUCATORS REFUSE TO EXCEPT THIS AS FACT: The Greek Philosopher Horodotus SAID THIS IS INDEED A FACT

---------- Forwarded message ----------
From: "Carl Maat El"
Date: Mar 4, 2016 7:00 PM
Subject: PLAINTIFF ENDURED, A TREMENDOUS AMOUT OF ABUSE DURING LITIGATION
To: "Carl Maat El"
Cc:

Plaintiff endured, a tremendous amount of abuse, during criminal litigation. Fraught with Threats, Abuse of Plaintiffs First amendment rights, Expressing legal facts into the Public Record, PHYSICAL ATTACKS BY COURT OFFICERS, Harassment and Threats, under Coercion, and Duress, and Finally Incarceration for Psychological Evaluation, For Expressing to the Prosecutor, that he was Behaving, like a PERSECUTOR
Plaintiff was harassed, For BIKING IN HIS NEIBORHOOD PARK FLUSHING MEADOW PARK, A PARK THAT PLAINTIFF ENJOYED A LOT OF CULTURAL HISTORY
amount of abuse, during criminal litigation. Fraught with Threats, Abuse of Plaintiffs First amendment rights, Expressing legal facts into the Public Record, PHYSICAL ATTACKS BY COURT OFFICERS, Harassment and Threats, under Coercion, and Duress, and Finally Incarceration for Psychological Evaluation, For Expressing to the Prosecutor, that he was Behaving, like a PERSECUTOR
Plaintiff was harassed, For BIKING IN HIS NEIBORHOOD PARK FLUSHING MEADOW PARK, A PARK THAT PLAINTIFF ENJOYED A LOT OF CULTURAL HISTORY