# Chapter Two

## Cultivating the Potential in your Children



Children of the World - *Listen Up*'

If you *Don't* Apply – **Heritage** ☼ Knowledge -