Defendant Council: Unlawful Terminologies of Defendant: THE TERM COLLER: DEFENDANTS USE THIS FOR 'ARREST' BUT THE TERM 'COLLAR' MEANS TO ENSLAVE OR OBJECT ONE USES TO 'RESTRAIN AN ANIMAL' PLAINTIFF TOOK GREAT OFFENSE TO THIS WITH EVERY UNLAWFUL ARREST OR 'COLLAR.'

Carl Maat El
to:
Mann_Chambers
03/14/2016 11:07 AM
Hide Details
From: Carl Maat El 
To: Mann_Chambers

Plaintiff: Collar: to enslave: If a stranger, in plain clothes, a so called man, calling himself a police officer, approach me, you, (Any American citizen) and tell them, that they would have to Abduct them, (They call it Arrest) Arrest Me, YOU, (FOR NO CLEAR REASON) AND TAKE US SOMEWHERE, YOU DONT KNOW WHERE;
AWAY FROM THERE FAMILY

What would be your reaction your honor?
Thats my point!!!