UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
C. MARTIN EL,

                      **Plaintiff,**

                -against-

JOHN DOE, et al.,

                      **Defendants.**
----------------------------------------------------------------x

**MEMORANDUM AND ORDER**

**15-CV-6581 (BMC)**

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      In its Memorandum and Order of February 25, 2016, this Court warned plaintiff C. Martin El, t/n Asirus Ma'at El, against abusing the privilege afforded him of submitting letters to the Court via the Chambers email address.  See Memorandum and Order (Feb. 25, 2016), Electronic Case Filing Docket Entry #31.  Since then, plaintiff has nonetheless persisted in submitting letters to the Chambers email address that are repetitive in nature and not pertinent to any issue now pending before the Court, and that plaintiff has not copied to defense counsel. See Docket Entries #32-#34; #37-#39.

      Plaintiff will be given one <u>final</u> warning: if he continues to submit similar letters to the Court and/or fails to send defense counsel copies of his communications, the Court will revoke plaintiff's authority to submit letters via the Chambers email address and will instruct the Clerk of the Court to block any incoming emails from plaintiff's email address.

If plaintiff has not already done so, he is once more encouraged to schedule an appointment with the Federal Pro Se Legal Assistance Clinic at the Brooklyn Federal Courthouse. The telephone number for scheduling an appointment is 212-382-4729.

**SO ORDERED.**

**Dated:** **Brooklyn, New York**
**March 16, 2016**

　　　　　　　　　　　　　　　/s/ *Roanne L. Mann*
　　　　　　　　　　　　　　**ROANNE L. MANN**
　　　　　　　　　　　　　　**CHIEF UNITED STATES MAGISTRATE JUDGE**