ORIGINAL

# United States District Court

# For the Eastern District of New York

Page | 1

**Pursuant to Federal and State Rule**

**Criminal and Civil Procedure:**

**To be Evaluated by Federal Grand Jury:**

...........................................................................................X

**Asirus Ma'at El**

15 - CV6581:

September 28, 2016

v

**USTA: CITY OF NEW YORK: CITIFIELD: NORRIS CORDOVA: CHOWDHURY ABUL: NEW PARTIES: THE NYS DEPARTMENT OF MOTOR VEHICLES: NYS DEP OF CORRECTIONS: FEDERAL OFFICER BRIEN M. COGEN: IN HIS FUDICIARY AND INDIVIDUAL COMPACITY**

...........................................................................................X

With Regard to "Federal Grand Jury: "Injunctive Relief cv6581: Ma'at El: v USTA: Civil Damages: Personal ;Injury: Tort Claims: § 1346: New Complaint: PURSUANT TO 15 U.S.C. §§ 1:

Please be advised,

Pursuant to 28 U.S.C. section 1346 (b): (1) "District courts, "Shall have "Exclusive Jurisdiction, over all Claims arising against an "Employee" of the United States.

For money damages, personal injury, or death,

Asirus Ma'at El   SWORN TO BEFORE ME THIS ２⁹ OF ___ 2016

FRANZ POPPE
Notary Public - State of New York
NO. 01PO4693438
Qualified in Queens County
My Commission Expires May 31, 2019

(82)

Please be advised, with reference to **defendants in the matter of cv6581**,

In order for **defendant (s)**, to **file a "legitimate claim of relief"**

**Defendant (s)** are "**Legally Obligated**, As **Law Enforcement officers**:

To '**comply**' with the "**rules of discovery**" "**frcp-34-45**" "**State Penal Law**" 240.20: 240.40. 240.80 240.35

'**defendant (s) failed to do this**" therefor:

"Defendant "**failed** to **file** a "**Legitimate Claim**" upon which **Relief could be Granted: § 12 b 6**:

Plaintiff has filed several "**Legitimate Claims**," pursuant to **§ 12 b 6**:

Irrespective, of "**district judge Cogen's**, previous (**and current**) (**March 27th, Notice:** (**Refusing to abide by** or in "**defiance**" of a

"**Federal, 'Constitutional Law: Rule: 28 U.S.C. § 455 a b**" Judge Cogen's "(decisions, orders and rulings,

In the **previous** "**matters of Carl Martin**, (**What plaintiff Referred to himself, in the past**,)

..................................................................................................................x

# Carl Martin

V

### USTA: City of New York:

..................................................................................................................x

**Please be advised**, that these are the (**very same parties that Judge Cogen, (Failed to Officiate, In his "fuduciary and Individual compacity; "in Defiance" of FRCP §§ 455 b 1:** "Denying plaintiff, "**Due Process,** and '**Equal Protection** under the Law, in **violation of Rule: §§ 1346:** and "**Federal Tort Claims Act:**

Plaintiff, Introduce, **Defendant Cogen's March 27th, 2016 Notice**, and 'previous interactions,' of **Judge Cogen**; with (**Plaintiff, Asirus Ma'at El: Formally Carl Martin: Carl Martin El**)

(Exhibit A: In this Current matter cv6581: Pursuant 28 U.S.C.§ 455 a b: These are grounds for **Disqualification**: **Plaintiff seek redress and Relief**: Pursuant to FTCA: **FEDERAL TORT CLAIMS ACT: 1946:**

..........................................................................................................................x

Page | 3

**Asirus Ma'at El**

V

**DISTRICT JUDGE BRIEN M: COGAN: NEW DEFENDANTS: (S): THE DEPARTMENT OF MOTOR VEHICLES: DEP OF CORRECTIONS**

..........................................................................................................................x

Plaintiff, "**Elect to 'Exorcise**" his '**Constitutional Civil Liberty**, and **Move**, or Take Action, to "(**Retreive Lawful Redress**)"In His "(**Fudiciary, and "Individual Compacity**)" with reference to district Judge Cogen's "Tort (s)" in violation of "FTCA, Federal Torts Claim's Act: 1946:

28 U.S.C. section 1346(b):
(1) Subject to the provisions of chapter 171 of this title, the district
courts, together with the United States District Court for the District of the Canal Zone and the District Court of the Virgin Islands, shall have exclusive jurisdiction of civil actions on claims against the United States:

For money damages, accruing on and after January 1, 1945, for injury or loss of property, or *personal injury or* death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States,

if claims, are **in accordance with the law** of the place where the act or omission occurred.

Plaintiff make "**Declaration and Affirmation**" that **District Judge, Brien M. Cogen**, "denied plaintiff," "**Due Process** and **Equal Protection Under the Law**

Presiding over several matters, involving plaintiff , **past defendant (s)** (Excess Vesid, USTA: **City of New York**: "**Asirus Ma'at El: Formally Carl Martin**,

In **previous**, as well as in this **current dispute**:

Plaintiff assert that, for "every legal matter, the law provides, a "remedy"

The obligatory requirement, is "Due Process, and Equal Protection

Page | 4

Plaintiff assert, and declare, that he was denied, these (Basic and Fundamental Protections) by district judge Cogen:

In violation of plaintiff's (Basic, Natural, Lawful, Fundamental Civil Liberties:

Plaintiff elect to "Exorcise his "constitutional civil liberties"
to "retrieve, "(lawful redress)

**Money damages, in the sum of $20 million** dollars, in "restitution" (for injuries incurred, as a result of the actions of defendant (s) in the **matter of cv6581:**

And all other relief, that the court deems fair and appropriate

Plaintiff respectfully request that above **Claims, and request for Relief**, be "**Legaaly Binding on the Couirt**

**Pursuant to § 12 b 6**

Asrus Mootel
07-15 H.Hi Expwy
Rego Park
NY 11368

United States District
Court for the Eastern District
of New York
225 Cadman Plaza
Brooklyn, New York 11201